# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| GREGORY R TORMANEN | Debtor(s)    **CASE NO. BKY 05-45551 NCD** |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Mark Pitzele P.A. in the amount of $142.48, were unclaimed.

CREDITOR:
Mark Pitzele P.A.
5217 Wayzata Blvd. #206
St Louis Park, MN 55416

CLAIM NUMBER:
6

AMOUNT:
$142.48

ACCOUNT NUMBER:
285683

**Jasmine Z. Keller, Trustee**

Dated: December 30, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

RECEIVED 11 JAN -4 AM 9:28
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN